**LAMPI CORPORATION, Plaintiff–Cross Appellant,**

v.

**AMERICAN POWER PRODUCTS, INC., Defendant–Appellant.**

No. 05–1082, 05–1092.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2005.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Patrick O. BARKER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–3091.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2005.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.